SF-1915 Leave to Proceed

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 15 2024

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Billy Garcia

_____

        Plaintiff(s)/Petitioner(s),

v

United States of America

        Defendant(s)/Respondent(s).

24-CV-1047-JB

No. CIV ~~19-2152~~

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: 28 USC Section 2255 motion to vacate convictions
_____
_____
_____
_____
_____

(3) I am entitled to redress.

(4) I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other information concerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. § 1915(b)(2).

SF-1915 Leave to Proceed

(5) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

_____

_____

_____

_____

_____

**REQUIRED CERTIFICATION**: you must attach to this motion and affidavit acertified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certifiedcopy of your trust fund account statement (or insutional equivalent) from the appropriate official or each penal institution at which you are or were confined during the six-month period."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __U.S.P. Beaumont__ on __10-10-24__
              (location)                  (date)

_Billy L. Garcia_
Prisoner's Original Signature

2

Billy Garcia
#83963051
F.S.P. Beaumont T.X.
P.O. Box 26030
77720

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 15 2024

MITCHELL R. ELFERS
CLERK OF COURT

SCREENED BY CS
OCT 1 - 2024

Clerk,
U.S. District Court for New M
100 N. Church St., Suite 28
Las Cruces, NM 88001