# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BILLY GARCIA,

    Petitioner,

v.

                                                 No. 2:24-cv-1047 JB/KBM
                                                 No. 2:15-cr-4268 JB/KBM

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* upon review of the record.[1]  On December 23, 2025, the Court entered an Order to Answer, which directed Respondent to answer Petitioner's Motion to Vacate Conviction Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 3758) within 60 days, or no later than February 23, 2026.[2]  (CV Doc. 7).

The time to file an answer has now expired and no answer or other responsive pleading has been filed by Respondent.   Therefore, the Court will order Respondent to file its answer to the Petition within thirty (30) days or show cause why sanctions should not be imposed, up to and including the possibility of granting the relief requested in the Petition.

**IT IS THEREFORE ORDERED** that Respondent shall answer the Petition within thirty (30) days from the entry of this Order or show cause why sanctions should not be imposed.   If

---

[1] The Court dockets this Order to Show Cause in both the criminal and civil cases to make sure that Respondent receives it.   However, Respondent need only file an answer or a response to the Order to Show Cause in the civil case.   All documents related to the § 2255 Petition should only be filed in the civil case going forward.

[2] Because the due date fell on a weekend, Saturday, February 21, 2026, the following Monday is the relevant date.   Fed. R. Civ. P. 6(a).

Respondent files an answer, Petitioner may file an optional reply within thirty (30) days after the answer is filed.

_____
UNITED STATES MAGISTRATE JUDGE